IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARR CLIFTON

Plaintiff,

v.

PEARSON EDUCATION, INC., and
JOHN DOE PRINTERS 1-10

Defendant.

CASE NO. CV 11-03640 PSG

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Ramin Afshar-Mohajer, whose business address and telephone number is

Morgan, Lewis & Bockius LLP
1701 Market Street, Philadelphia, PA 19103
(215) 963-5000

and who is an active member in good standing of the bar of Eastern District of Pennsylvania having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Pearson Education, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: August 25, 2011

Paul Singh Grewal
United States Magistrate Judge