Sharon R. Smith (SBN 221428)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: (415) 442-1000
Fax: (415) 442-1001
srsmith@morganlewis.com

David W. Marston Jr. (admitted *pro hac vice*)
Ramin Afshar-Mohajer (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5000
Fax: (215) 963-5001
dmarston@morganlewis.com
rafshar-mohajer@morganlewis.com

**Attorneys for Defendant Pearson Education, Inc.**

IT IS SO ORDERED
Judge Edward J. Davila
4/27/2012

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| CARR CLIFTON, <br><br> Plaintiff, <br><br> vs. <br><br> PEARSON EDUCATION, INC., and JOHN DOE PRINTERS 1-10, <br><br> Defendants. | Case No. CV 11-03640-EJD <br><br> **NOTICE OF WITHDRAWAL OF APPEARANCE** |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that Ramin Afshar-Mohajer of Morgan, Lewis & Bockius LLP ("Morgan Lewis") hereby withdraws as one of the counsel of record for Defendant Pearson Education, Inc. ("Pearson") due to his resignation from Morgan Lewis. David W. Marston Jr. and Sharon Smith of Morgan Lewis remain as counsel for Pearson, and Karl Schweitzer of

NOTICE OF WITHDRAWAL OF APPEARANCE

CV 11-03640-EJD

Morgan Lewis has submitted his application for *pro hac vice* admission in this action.

DATED: April 27, 2012

    /s/ Ramin Afshar-Mohajer
Sharon R. Smith (SBN 221428)
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001
srsmith@morganlewis.com

David W. Marston Jr. (admitted *pro hac vice*)
Ramin Afshar-Mohajer (admitted *pro hac vice*)
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000
Facsimile: (215) 963-5001
dmarston@morganlewis.com
rafshar-mohajer@morganlewis.com

*Attorneys for Defendant Pearson Education, Inc.*

**PROOF OF SERVICE**

I hereby certify that on April 27, 2012, a true and correct copy of the foregoing NOTICE OF WITHDRAWAL OF APPEARANCE was filed and served via the ECF filing system upon:

>Christopher Seidman (SBN 98884)
>Harmon & Seidman LLC
>101 South Third Street, Suite 265
>Grand Junction, CO 81501
>Telephone: (970) 245-9075
>Facsimile: (970) 245-8086
>chris@harmonseidman.com
>
>Robert W. Crockett (SBN 79918)
>Harmon & Seidman LLC
>33 Spindrift Passage
>Corte Madera, CA 94925
>Telephone: (415) 945-1830
>robert@harmonseidman.com
>
>*Attorneys for Plaintiff Carr Clifton*

DATED: April 27, 2012        /s/ Ramin Afshar-Mohajer
                             Ramin Afshar-Mohajer