IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARR CLIFTON, | CASE NO. 5:11-cv-03640 EJD |
| Plaintiff(s), | **ORDER REFERRING CASE TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE** |
| v. | |
| PEARSON EDUCATION INC., | |
| Defendant(s). | |

Good cause appearing therefor and pursuant to ADR Local Rule 7-2, this case is referred to Magistrate Judge Howard R. Lloyd for a settlement conference to occur no later than January 17, 2013. The parties are instructed to contact Judge Lloyd's Courtroom Deputy to arrange a date for the conference.

**IT IS SO ORDERED.**

Dated: October 19, 2012

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:11-cv-03640 EJD
ORDER REFERRING CASE TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE