**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE**

IT IS SO ORDERED

Judge Edward J. Davila

3/21/2013

| | |
|---|---|
| CARR CLIFTON, | |
| Plaintiff, | Case No. CV 11-03640-EJD |
| vs. | |
| PEARSON EDUCATION, INC., and JOHN DOE PRINTERS 1-10, | **STIPULATION OF DISMISSAL** |
| Defendants. | |

Pursuant to Rule 4l(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, through their undersigned counsel, hereby stipulate that the above-captioned action is voluntarily dismissed WITH PREJUDICE. The Parties are to bear their own costs and attorneys' fees.

The Clerk shall close this file.

DATED: March 19, 2013

/s/ Robert W. Crockett
Robert W. Crockett (SBN 79918)
Harmon & Seidman LLC
33 Spindrift Passage
Corte Madera, CA 94925
Telephone: (415) 945-1830
robert@harmonseidman.com

Christopher Seidman (SBN 98884)
Harmon & Seidman LLC
101 South Third Street, Suite 265
Grand Junction, CO 81501
Telephone: (970) 245-9075
Facsimile: (970) 245-8086
chris@harmonseidman.com

*Attorneys for Plaintiff Carr Clifton*

/s/ David W. Marston
Sharon R. Smith (SBN 221428)
Andrew M. Purdy (SBN 221428)
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001
srsmith@morganlewis.com
apurdy@morganlewis.com

David W. Marston Jr.(admitted *pro hac vice*)
Andrew C. Whitney (admitted *pro hac vice*)
Karl A. Schweitzer (admitted *pro hac vice*)
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000
Facsimile: (215) 963-5001
dmarston@morganlewis.com
awhitney@morganlewis.com
kschweitzer@morganlewis.com

*Attorneys for Defendant Pearson Education, Inc.*

STIPULATION OF DISMISSAL

CV 11-03640-EJD

1

<u>**PROOF OF SERVICE**</u>

2   I hereby certify that on March 19, 2013, a true and correct copy of the foregoing

3 STIPULATION OF DISMISSAL was served via electronic mail upon:

4
        Sharon R. Smith (SBN 221428)
        Andrew M. Purdy (SBN 221428)
5        Morgan, Lewis & Bockius LLP
        One Market, Spear Street Tower
6        San Francisco, CA 94105-1126
        Telephone: (415) 442-1000
7        Facsimile: (415) 442-1001
        srsmith@morganlewis.com
8        apurdy@morganlewis.com

9        David W. Marston Jr.(admitted *pro hac vice*)
        Andrew C. Whitney (admitted *pro hac vice*)
10       Karl A. Schweitzer (admitted *pro hac vice*)
        Morgan, Lewis & Bockius LLP
11       1701 Market Street
        Philadelphia, PA 19103
12       Telephone: (215) 963-5000
        Facsimile: (215) 963-5001
13       dmarston@morganlewis.com
        awhitney@morganlewis.com
14       kschweitzer@morganlewis.com

15       *Attorneys for Defendant Pearson Education, Inc.*

16

17 DATED: March 19, 2013      /s/ Alex Kerr
             Alex Kerr (SBN 264821)
18           Harmon & Seidman LLC
             219 Vicksburg Street
19           San Francisco, California 94114
             Telephone: (415) 230-4760
20           E-mail: alex@harmonseidman.com

21

22

23

24

25

26

27

28